Kristensen Weisberg, LLP
12304 Santa Monica Blvd., Suite 221
Los Angeles, California 90025

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOE LANZA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COLUMBUS ADVISORY GROUP, LTD, a New York Corporation; and DOES 1 through 20, inclusive, and each of them,<br><br>Defendants. | Case No. 2:14-cv-04257-CBM-PJW<br><br>**CLASS ACTION**<br><br>**ORDER ON STIPULATION OF DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS, WITH PREJUDICE, AND WITHOUT PREJUDICE AS TO THE CLASS [JS-6]**<br><br>**[Fed.R.Civ.P. Rule 41(a)(2)]**<br><br>Assigned to the Hon. Consuela B. Marshall<br><br>Action filed on June 2, 2014 |

16
17
18
19
20
21
22
23
24
25
26
27
28

1  The Court, having read the Stipulation of Dismissal filed by all parties to
2  have appeared in this action, and finding good cause,
3     **IT IS HEREBY ORDERED** that this action is dismissed in its entirety as
4  to all of plaintiff Joe Lanza ("Plaintiff") individual claims, actions and causes of
5  action asserted against Defendant, <u>with prejudice</u>, and dismissed, <u>without
6  prejudice</u>, as to the putative class claims asserted against Defendant, with each
7  party to bear their respective costs of litigation, attorneys' fees and expenses.

   **IT IS SO ORDERED**

Dated:  Sept. 8, 2014

_____
Honorable Consuela B. Marshall
United States District Court Judge

Kristensen Weisberg, LLP
12304 Santa Monica Blvd., Suite 221
Los Angeles, California 90025

12493.0001/3413399.1  **ORDER ON STIPULATION DISMISSING PLAINTIFF'S INDIVIDUAL CLAIMS, WITH PREJUDICE, AND DISMISSING CLASS CLAIMS WITHOUT PREJUDICE**
-2-